IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Brown, Sharon D | Case Number:  07 B 18195 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/5/08 | Filed:  10/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 158.90 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 158.90 |
| Totals: | 158.90 | 158.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 2. | Midland Credit Management | Unsecured | 1,034.16 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 764.65 | 0.00 |
| 4. | Lake Imaging LLC | Unsecured | 133.00 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 394.31 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 7. | CCA | Unsecured | | No Claim Filed |
| 8. | Drew & Snyder Counselors at Law | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 12. | Wow Internet | Unsecured | | No Claim Filed |
| 13. | Sprint PCS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 2,326.12 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Brown, Sharon D

Printed:  2/5/08

Case Number:  07 B 18195
Judge:  Hollis, Pamela S
Filed:  10/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

